**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA   :
   :
   v.         :
   :    CRIMINAL ACTION NO.
BARRATT DUNCAN YOUNG,   :    2:17-CR-15-1-RWS-JCF
   :
    Defendant.    :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 19]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 19] is hereby approved and adopted as the opinion and order of this Court. Defendant's guilty plea is accepted, and he is adjudged guilty.

SO ORDERED this 22nd day of June, 2017.

_____
**RICHARD W. STORY**
United States District Judge